# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WILLIAM B. "JIM" WEEKS,**            **PLAINTIFF,**

**VS.**            **CIVIL ACTION NO. 4:06CV66-P-B**

**SOUTHERN TOWING COMPANY,**            **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant's Motion in Limine to Exclude Any Reference to Insurance or the Financial Status of the Defendant [31]. After due consideration of the motion, the court finds as follows, to-wit:

By letter of February 18, 2008 the plaintiff has notified the court that he does not oppose the instant motion. Pursuant to Fed. R. Evid. 401, 402, 403 and 411, the court finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion in Limine to Exclude Any Reference to Insurance or the Financial Status of the Defendant [31] is GRANTED; therefore,

(2) The plaintiff may not reference insurance or the financial status of the defendant.

**SO ORDERED** this the 3rd day of March, A.D., 2008.

                                             /s/ W. Allen Pepper, Jr.
                                             W. ALLEN PEPPER, JR.
                                             UNITED STATES DISTRICT JUDGE